Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William Aviles Hardwood Floors )
) Case No: 5:14cv114-BLF
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
JTEKT Corporation, et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Eric Mahr, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Schaeffler AG; Schaeffler Group USA Inc. in the above-entitled action. My local co-counsel in this case is Heather Tewksbury, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1899 Pennsylvania Avenue NW<br>Washington, DC 20006 | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 663-6446 | (650) 858-6134 |
| My email address of record: | Local co-counsel's email address of record: |
| eric.mahr@wilmerhale.com | heather.tewksbury@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 459350.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                             s/ Eric Mahr
                                                         APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Eric Mahr is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 20, 2014
                                                    UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~