UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 05/20/2014 | Time in Court: 34 Minutes | Judge: BETH LABSON FREEMAN |
|---|---|---|
| Case No.: 14-cv-00114-BLF | Case Name: William Aviles Hardwood Floors v. JTEKT Corporation | |

**Attorneys for Plaintiff:** Pierce Gore, Jonathan Cuneo, Victoria Romanenko
**Attorneys for Defendants:** Heather Kafele, Eric Mahr, Michelle Mantine, Nicholas Ortiz, Teale Toweill. Michael Scorbourough, Terence Hawley, A. Paul Victor, Ian L. Papendick

**Deputy Clerk:** Tiffany Salinas-Harwell       **Court Reporter:** FTR 2:46 - 3:18

### PROCEEDINGS

Case Management Conference held.

Motions to Dismiss set for 10/30/2014 at 9:00 am.

Briefing Page Limits set: Joint Briefs – 40 page limit, Individual Briefs – 20 page limit.

Further Case Management Conference set for 08/07/2014 at 1:30 pm.
Case Management Statement due by 07/31/2014.

Further Case Management Conference set for 11/20/2014 at 1:30 pm.
Case Management Statement due by 11/13/2014.

Scheduling Order for the Motions to Dismiss will supersede any obligation of any defendant to file a responsive pleading.

///