UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM AVILES HARDWOOD FLOORS,

    Plaintiff,

v.

JTEKT CORPORATION, et al.,

    Defendants.

Case No. 14-cv-00114-BLF

**CASE MANAGEMENT ORDER**

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conferences | 08/07/2014 at 1:30 pm. <br> 11/20/2014 at 1:30 pm. |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the Motion to Dismiss Hearing is set for 10/30/2014
6 at 9:00 am.

7    IT IS FURTHER ORDERED THAT Joint Brief page limits are set at 40 pages.  Individual
8 Brief page limits are set at 20 pages.

9    IT IS FURTHER ORDERED THAT the Scheduling Order for the Motions to Dismiss will
10 supersede any obligation of any defendant to file a responsive pleading.

Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge