Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF AMENDED COMPLAINT UNDER SEAL PURSUANT TO LR 79-5**<br><br>Hearing Date: No hearing date per LR 7-11<br><br>Time:    N/A<br><br>Judge: Hon. Beth Labson Freeman<br><br>Courtroom: 3<br><br>Action Filed: January 8, 2014 |

Plaintiff William Aviles Hardwood Floors ("Plaintiff"), by and through counsel, moves under Civil Local Rules 7-11 and 79-5 for leave to file under seal the following portions of the Amended Class Action And Representative Action Complaint ("CAC"): Paragraphs 92 and 94-99.

This motion is made on the grounds that the forgoing material contains highly sensitive and highly confidential information, including non-public business information, personal information and information regarding conduct subject to government investigations. Good cause

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF AMENDED COMPLAINT UNDER SEAL CASE NO. 5:14-cv-00114-BLF

1  exists to maintain these portions of the CAC under seal, particularly when the portion referenced
2  above discloses information, which, if made public could cause harm.
3      The parties will submit a Protective Order forthwith, under which the information in
4  paragraphs 92 and 94-99 will be designated as Highly Confidential.
5      Courts from this district have granted motions to file under seal under similar
6  circumstances. *See, e.g.*, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, ORDER Granting
7  Motion to File Under Seal, Nov. 15, 2010, ECF No. 2145; *Network Appliance Inc. v. Sun*
8  *Microsystems Inc., No.*, 07-CV-06053-EDL, 2010 WL 841274, at *2-5 (N.D. Cal. Mar. 10, 2010).
9      Because LR 7-11 provides for decision of administrative motions without hearing, notice
10 of a hearing date and time is not provided.
11     Plaintiff respectfully requests this Court grant its motion to seal the highly sensitive and
12 highly confidential information from the public record.

13     Dated:  July 8, 2014.

Respectfully submitted,

  /s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
(408) 429-6506
pgore@prattattorneys.com

*Attorneys for Plaintiff*

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF AMENDED COMPLAINT
UNDER SEAL                                                                               2
CASE NO. 5:14-cv-00114-BLF

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail address registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF AMENDED COMPLAINT UNDER SEAL  3
CASE NO. 5:14-cv-00114-BLF