Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
vicky@cuneolaw.com

*Attorneys for Plaintiff*
WILLIAM AVILES HARDWOOD FLOORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**DECLARATION OF VICTORIA ROMANENKO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF ITS AMENDED COMPLAINT UNDER SEAL PURSUANT TO LR 79-5**<br><br>Date: No Hearing Per L.R. 7-11<br>Time: N/A<br>Courtroom: 3<br>Judge: Hon. Beth Labson Freeman<br><br>Complaint Filed: January 8, 2014 |

I, Victoria Romanenko, declare as follows:

1. I am an attorney with the law firm of Cuneo Gilbert & LaDuca, LLP, counsel for Plaintiff William Aviles Hardwood Floors in the above-captioned action currently pending in the

1  U.S. District Court for the Northern District of California. I submit this declaration in support of
2  Plaintiff's motion for leave of Court to file certain documents under seal.

3      2.    The portions of the Amended Class Action and Representative Action Complaint
4  that Plaintiff seeks permission to file under seal address highly sensitive and highly confidential
5  non-public business information, personal information and information relating to government
6  investigations.

7      3.    Plaintiff requests to file under seal the following paragraphs contained in the
8  Amended Class Action And Representative Action Complaint: paragraphs 92 and 94-99.

9      4.    The information contained in paragraphs 92 and 94-99 addresses highly
10 confidential and highly sensitive information that is not publicly available. Public disclosure of
11 this information could cause irreparable harm. For these reasons, Plaintiff requests the Court seal
12 the identified portions of the Amended Class Action And Representative Action Complaint from
13 the public record.

14     I declare under penalty of perjury under laws of the United States of America the
15 foregoing is true and correct. Executed on this 8th day of July, 2014, at Washington, District of
16 Columbia.

17
18
19                       /s/ *Victoria Romanenko*
                      Victoria Romanenko
20                       CUNEO GILBERT & LADUCA, LLP
                      507 C Street, N.E.
21                       Washington, DC 20002
                      Telephone: (202) 789-3960
22                       vicky@cuneolaw.com

23
24
25
26
27
28

DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS
OF AMENDED COMPLAINT UNDER SEAL, CASE NO. 5:14-CV-00114-BLF

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail address registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo