UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF AMENDED COMPLAINT UNDER SEAL PURSUANT TO LR 79-5** |

Plaintiff William Aviles Hardwood Floors ("Plaintiff"), pursuant to Civil Local Rule 79-5, filed an administrative motion for leave of Court to file the following portions of Amended Complaint under seal: Paragraphs 92 and 94-99.

Having reviewed Plaintiff's motion, and the declaration of Victoria Romanenko in support thereof, pursuant to Local Rule 7-11 and 79-5, and good cause appearing therefore, Plaintiff's Administrative Motion is hereby GRANTED.

**IT IS SO ORDERD.**

Dated:

_____
Honorable Beth Labson Freeman
United States District Court Judge