Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
vicky@cuneolaw.com

*Attorneys for Plaintiff*
WILLIAM AVILES HARDWOOD FLOORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

1       I hereby certify that on July 8, 2014, I electronically filed the foregoing document using

2 the CM/ECF system which will send notification of such filing to the e-mail address registered in

3 the CM/ECF system, as denoted on the Electronic Mail Notice List.

4       This 8th day of July, 2014.

5                                              By:   /s/ *Jonathan W. Cuneo*

                                                    Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com

CERTIFICATE OF SERVICE