1  Jeremy J. Calsyn (State Bar No. 205062)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
2  2000 Pennsylvania Avenue, NW
   Washington, DC 20006
3  Telephone:    202-974-1522
   Facsimile:    202-974-1999
4  jcalsyn@cgsh.com

5  Attorney for Defendant NSK Ltd.

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| 12 | WILLIAM AVILES HARDWOOD FLOORS, | Case No. 5:14-cv-00114-BLF |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **NOTICE OF APPEARANCE OF JEREMY J. CALSYN** |
| 15 | JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | |
| 20 | Defendants. | |

21

22

23  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24  PLEASE TAKE NOTICE that Jeremy J. Calsyn of Cleary Gottlieb Steen &

25  Hamilton LLP hereby states his appearance on behalf of Defendant NSK Ltd.

26

27

28

| | |
|---|---|
| Dated: July 11, 2014 | JEREMY J. CALSYN<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: */s/ Jeremy J. Calsyn*<br>         Jeremy J. Calsyn<br><br>Attorney for Defendant NSK Ltd. |