| | |
|---|---|
| 1 | Teale Toweill (admitted *pro hac vice*) |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | 2000 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| 3 | Telephone:     202-974-1587 |
| | Facsimile:     202-974-1999 |
| 4 | ttoweill@cgsh.com |

Attorney for Defendants NSK Ltd. and
NSK Americas, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, | Case No. 5:14-cv-00114-BLF |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF TEALE TOWEILL** |
| JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Teale Toweill of Cleary Gottlieb Steen & Hamilton LLP hereby states her appearance on behalf of Defendants NSK Ltd. and NSK Americas, Inc.

| | | |
|---|---|---|
| 1 | Dated: July 11, 2014 | TEALE TOWEILL |
| 2 | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | | |
| 4 | | By: */s/ Teale Toweill* |
| 5 | | Teale Toweill |
| 6 | | Attorney for Defendants NSK Ltd. and NSK Americas, Inc. |

- 2 -

NOTICE OF APPEARANCE
CASE NO. 5:14-cv-00114-BLF