Nicholas A. Ortiz (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:    202-974-1556
Facsimile:    202-974-1999
nortiz@cgsh.com

Attorney for Defendants NSK Ltd. and
NSK Americas, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**NOTICE OF APPEARANCE OF NICHOLAS A. ORTIZ** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nicholas A. Ortiz of Cleary Gottlieb Steen & Hamilton LLP hereby states his appearance on behalf of Defendants NSK Ltd. and NSK Americas, Inc.

| | | |
|---|---|---|
| 1 | Dated: July 11, 2014 | NICHOLAS A. ORTIZ |
| 2 | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | | |
| 4 | | By: */s/ Nicholas A. Ortiz* |
| 5 | | Nicholas A. Ortiz |
| 6 | | Attorney for Defendants NSK Ltd. and NSK Americas, Inc. |

- 2 -

NOTICE OF APPEARANCE
CASE NO. 5:14-cv-00114-BLF