Heather L. Kafele
SHEARMAN & STERLING LLP
801 Pennsylvania Ave. NW, Ste. 900
Washington, D.C. 20004
Telephone: 202-508-8097
Fax: 202-508-8001
Email: heather.kafele@shearman.com
*Appearance pro hac vice*

*Attorney for Defendant JTEKT Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, <br><br> Defendants. | Case No. CV14-00114 HRL <br><br> **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Heather L. Kafele of Shearman & Sterling LLP hereby states her appearance on behalf of Defendant JTEKT Corporation.

Dated:  July 15, 2014

By: /s/ *Heather L. Kafele*
    Heather L. Kafele
    Shearman & Sterling LLP
    801 Pennsylvania Ave. NW, Ste. 900
    Washington, D.C. 20004
    Telephone: 202-508-8097
    Facsimile: 202-508-8001
    Email: heather.kafele@shearman.com
    *Appearance pro hac vice*

    *Attorney for Defendant JTEKT Corporation*