Keith R. Palfin
SHEARMAN & STERLING LLP
801 Pennsylvania Ave. NW, Ste. 900
Washington, D.C. 20004
Telephone: 202-508-8179
Fax: 202-508-8001
Email: keith.palfin@shearman.com
*Appearance pro hac vice*

*Attorney for Defendant JTEKT Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. CV14-00114 HRL<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Keith R. Palfin of Shearman & Sterling LLP hereby states his appearance on behalf of Defendant JTEKT Corporation.

Dated:  July 15, 2014                          Respectfully submitted,

By:  /s/ *Keith R. Palfin*
Keith R. Palfin
Shearman & Sterling LLP
801 Pennsylvania Ave. NW, Ste. 900
Washington, D.C. 20004
Telephone: 202-508-8179
Facsimile: 202-508-8001
Email: keith.palfin@shearman.com
*Appearance pro hac vice*

*Attorney for Defendant JTEKT Corporation*

NOTICE OF APPEARANCE                                                       CASE NO. CV14-00114 HRL