1  Alison R. Welcher
   SHEARMAN & STERLING LLP
2  801 Pennsylvania Ave. NW, Ste. 900
   Washington, D.C. 20004
3  Telephone: 202-508-8122
   Fax: 202-508-8001
4  Email: alison.welcher@shearman.com
   *Appearance pro hac vice*
5
   *Attorney for Defendant JTEKT Corporation*
6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10 | WILLIAM AVILES HARDWOOD FLOORS, | ) | Case No. CV14-00114 HRL |
   | individually and on behalf of all others similarly situated, | ) | |
11 | | ) | **NOTICE OF APPEARANCE** |
   | | ) | |
12 | Plaintiff, | ) | |
   | | ) | |
13 | v. | ) | |
   | | ) | |
14 | JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |
   | | ) | |
18 | Defendants. | ) | |
   | | ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Alison R. Welcher of Shearman & Sterling LLP hereby states her appearance on behalf of Defendant JTEKT Corporation.

Dated:  July 15, 2014

> /s/ *Alison R. Welcher*
> Alison R. Welcher
> Shearman & Sterling LLP
> 801 Pennsylvania Ave. NW, Ste. 900
> Washington, D.C. 20004
> Telephone: 202-508-8122
> Facsimile: 202-508-8001
> Email: alison.welcher@shearman.com
> *Appearance pro hac vice*
>
> *Attorney for Defendant JTEKT Corporation*