Heather L. Kafele
Keith R. Palfin
Alison R. Welcher
SHEARMAN & STERLING LLP
801 Pennsylvania Ave. NW, Ste. 900
Washington, D.C. 20004
Telephone: 202-508-8122
Fax: 202-508-8001
Email: alison.welcher@shearman.com

*Appearances pro hac vice*

Attorneys for Defendant JTEKT Corporation,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. CV14-00114 HRL<br><br>**JTEKT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Pursuant to Fed. R. Civ. P. 7.1, defendant JTEKT Corporation discloses that Toyota Motor Corporation is a 22.57 percent shareholder.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 15, 2014

By: /s/ *Alison R. Welcher*
Alison R. Welcher
Heather L. Kafele
Keith R. Palfin
Shearman & Sterling LLP
801 Pennsylvania Ave. NW, Ste. 900
Washington, D.C. 20004
Telephone: 202-508-8122
Facsimile: 202-508-8001
Email: alison.welcher@shearman.com
*Appearances pro hac vice*

*Attorneys for Defendant JTEKT Corporation*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT

CASE NO. CV14-00114 HRL