Debra H. Dermody (admitted *pro hac vice*)
Email: dddermody@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222-2716
Telephone:     +1 412 288 3302
Facsimile:     +1 412 288 3063

Attorney for Defendants
AB SKF and SKF USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Debra H. Dermody of Reed Smith LLP hereby appears on behalf of Defendant AB SKF in the above-captioned matter.

DATED:  July 18, 2014                     Respectfully submitted,


                                          REED SMITH LLP


                                          By      /s/ Debra H. Dermody
                                              Debra H. Dermody (admitted *pro hac vice*)
                                              Reed Smith LLP
                                              225 Fifth Avenue
                                              Pittsburgh, PA  15222-2716
                                              Telephone: +1 412 288 3302
                                              Facsimile: +1 412 288 3063
                                              Email:  ddermody@reedsmith.com

                                              Attorney for Defendants
                                              AB SKF and SKF USA Inc.