1  Michelle A. Mantine (admitted *pro hac vice*)
   Email:  mmantine@reedsmith.com
2  REED SMITH LLP
   Reed Smith Centre
3  225 Fifth Avenue
   Pittsburgh, PA  15222-2716
4  Telephone:     +1 412 288 4268
   Facsimile:     +1 412 288 3063
5
   Attorney for Defendants
6  AB SKF and SKF USA Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, | Case No. 5:14-cv-00114-BLF-PSG |
12 | | **NOTICE OF APPEARANCE** |
13 | Plaintiff, | |
14 | vs. | |
15 | JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | |
16 | | |
17 | | |
18 | | |
19 | | |
20 | Defendants. | |

21      PLEASE TAKE NOTICE that Michelle A. Mantine of Reed Smith LLP hereby appears on

22 behalf of Defendant AB SKF in the above-captioned matter.

23

24

25

26

27

28

Case No. 5:14-cv-00114-BLF-PSG        – 1 –
NOTICE OF APPEARANCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  DATED:  July 18, 2014

Respectfully submitted,

REED SMITH LLP

By  /s/ Michelle A. Mantine
   Michelle A. Mantine (admitted *pro hac vice*)
   Reed Smith LLP
   225 Fifth Avenue
   Pittsburgh, PA  15222-2716
   Telephone:+1 412 288 4268
   Facsimile: +1 412 288 3063
   Email:  mmantine@reedsmith.com

   Attorney for Defendants
   AB SKF and SKF USA Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware