REED SMITH LLP
Terence N. Hawley (SBN 179106)
Email: thawley@reedsmith.com
Benjamin D. Spohn (SBN 266746)
Email: bspohn@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Debra H. Dermody (admitted *pro hac vice*)
Email: ddermody@reedsmith.com
Michelle A. Mantine (admitted *pro hac vice*)
Email: mmantine@reedsmith.com
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222-2716
Telephone:     +1 412 288 3131
Facsimile:      +1 412 288 3063

Attorneys for Defendants
AB SKF and SKF USA Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF-PSG<br><br>**DEFENDANT AB SKF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: January 8, 2014 |

Pursuant to Civil L.R. 3-15, Defendant AB SKF ("AB SKF"), by its attorneys, Reed Smith LLP, certifies that as of this date, other than the named parties, there is no such interest to report.

Case No.: 5:14-cv-00114-BLF-PSG         – 1 –

1  Pursuant to Fed. R. Civ. P. 7.1, AB SKF discloses that it is a publicly held corporation or
2  other publicly held entity.  AB SKF does not have any parent company, and no publicly held
3  corporation or other publicly held entity owns ten percent or more of its stock.
4  These representations are made to enable the Court to evaluate possible disqualification or
5  recusal.

7  DATED:  July 18, 2014

Respectfully submitted,
REED SMITH LLP

By     /s/ Michelle A. Mantine
    Terence N. Hawley (SBN 179106)
    Email:  thawley@reedsmith.com
    Benjamin D. Spohn (SBN 266746)
    Email:  bspohn@reedsmith.com
    101 Second Street, Suite 1800
    San Francisco, CA  94105-3659
    Telephone:+1 415 543 8700
    Facsimile: +1 415 391 8269

    Debra H. Dermody (admitted *pro hac vice*)
    Email:  ddermody@reedsmith.com
    Michelle A. Mantine (admitted *pro hac vice*)
    Email:  mmantine@reedsmith.com
    Reed Smith Centre
    225 Fifth Avenue
    Pittsburgh, PA  15222-2716
    Telephone:+1 412 288 3131
    Facsimile: +1 412 288 3063

Attorneys for Defendants
AB SKF and SKF USA Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: 5:14-cv-00114-BLF-PSG                – 2 –
DEFENDANT AB SKF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND
CORPORATE DISCLOSURE STATEMENT