1 | Benjamin D. Spohn (SBN 266746)
Email: bspohn@reedsmith.com
2 | REED SMITH LLP
101 Second Street, Suite 1800
3 | San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
4 | Facsimile:      +1 415 391 8269

5 | Attorneys for Defendants
AB SKF and SKF USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that Benjamin D. Spohn of Reed Smith LLP hereby appears on
2  behalf of Defendant AB SKF in the above-captioned matter.

4  DATED: July 18, 2014          Respectfully submitted,

                                 REED SMITH LLP

                                 By      /s/ Benjamin D. Spohn
                                     Benjamin D. Spohn (SBN 266746)
                                     Reed Smith LLP
                                     101 Second Street, Suite 1800
                                     San Francisco, CA  94105-3659
                                     Telephone: +1 415 543 8700
                                     Facsimile: +1 415 391 8269
                                     Email:  bspohn@reedsmith.com

                                     Attorney for Defendants
                                     AB SKF and SKF USA Inc.