1 Terence N. Hawley (SBN 179106)
Email: thawley@reedsmith.com
2 REED SMITH LLP
101 Second Street, Suite 1800
3 San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
4 Facsimile:      +1 415 391 8269

5 Attorneys for Defendants
AB SKF and SKF USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Terence N. Hawley of Reed Smith LLP hereby appears on behalf of Defendant AB SKF in the above-captioned matter.

DATED:  July 18, 2014                    Respectfully submitted,

REED SMITH LLP

By    /s/ Terence N. Hawley
    Terence N. Hawley (SBN 179106)
    Reed Smith LLP
    101 Second Street, Suite 1800
    San Francisco, CA  94105-3659
    Telephone: +1 415 543 8700
    Facsimile: +1 415 391 8269
    Email:  thawley@reedsmith.com

    Attorney for Defendants
    AB SKF and SKF USA Inc.