Ian L. Papendick (Bar No. 275648)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: IPapendick@winston.com

Attorney for Defendant
NTN Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | No. 14-CV-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE BY IAN L. PAPENDICK** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that Ian L. Papendick of Winston & Strawn LLP hereby states his appearance on behalf of Defendant NTN Corporation.

Dated:  July 21, 2014                        Respectfully submitted,

                                          WINSTON & STRAWN LLP

                                          By:  /s/ Ian L. Papendick
                                                Ian L. Papendick (Bar No. 275648)
                                                Winston & Strawn LLP
                                                101 California Street
                                                San Francisco, CA 94111
                                                Telephone: (415) 591-1000
                                                Facsimile: (415) 591-1400
                                                Email: IPapendick@winston.com

                                                Attorney for Defendant
                                                NTN Corporation