1  Molly M. Donovan (admitted *pro hac vice*)
   Winston & Strawn LLP
2  200 Park Avenue
   New York, NY 10166
3  Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
4  Email: mmdonovan@winston.com

5  Attorney for Defendant
   NTN Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, | No. 14-CV-00114-BLF-PSG |
| Plaintiff, | **NOTICE OF APPEARANCE BY MOLLY M. DONOVAN** |
| v. | |
| JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | |
| Defendants. | |

**Winston & Strawn LLP**
**200 Park Avenue**
**New York, New York 10166**

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that Molly M. Donovan of Winston & Strawn LLP

3  hereby states her appearance on behalf of Defendant NTN Corporation.

4

5  Dated: July 21, 2014            Respectfully submitted,

6                                WINSTON & STRAWN LLP

7

8                            By: /s/ Molly M. Donovan
                                   Molly M. Donovan (admitted *pro hac vice*)
9                                     Winston & Strawn LLP
                                   200 Park Avenue
10                                    New York, NY 10166
                                   Telephone: (212) 294-6700
11                                    Facsimile: (212) 294-4700
                                   Email: mmdonovan@winston.com
12

13                                    Attorney for Defendant
14                                    NTN Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**200 Park Avenue**
**New York, New York 10166**