James F. Lerner (admitted *pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jlerner@winston.com

Attorney for Defendant
NTN Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>    Defendants. | No. 14-CV-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE BY JAMES F. LERNER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that James F. Lerner of Winston & Strawn LLP  hereby states his appearance on behalf of Defendant NTN Corporation.

Dated:  July 21, 2014      Respectfully submitted,

              WINSTON & STRAWN LLP

              By: /s/ James F. Lerner
                 James F. Lerner (admitted *pro hac vice*)
                 Winston & Strawn LLP
                 200 Park Avenue
                 New York, NY 10166
                 Telephone: (212) 294-6700
                 Facsimile: (212) 294-4700
                 Email: jlerner@winston.com

              Attorney for Defendant
              NTN Corporation