1  A. Paul Victor (admitted *pro hac vice*)
   Winston & Strawn LLP
2  200 Park Avenue
   New York, NY 10166
3  Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
4  Email: pvictor@winston.com

5  Attorney for Defendant
   NTN Corporation

Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>　　　　　　Defendants. | No. 14-CV-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE BY A. PAUL VICTOR** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that A. Paul Victor of Winston & Strawn LLP hereby states his appearance on behalf of Defendant NTN Corporation.

Dated:  July 21, 2014        Respectfully submitted,

               WINSTON & STRAWN LLP


               By: /s/ A. Paul Victor
                  A. Paul Victor (admitted *pro hac vice*)
                  Winston & Strawn LLP
                  200 Park Avenue
                  New York, NY 10166
                  Telephone: (212) 294-6700
                  Facsimile: (212) 294-4700
                  Email: pvictor@winston.com


                  Attorney for Defendant
                  NTN Corporation

**Winston & Strawn LLP**
**200 Park Avenue**
**New York, New York 10166**