1 | Elizabeth A. Cate (admitted *pro hac vice*)
Winston & Strawn LLP
2 | 200 Park Avenue
New York, NY 10166
3 | Telephone: (212) 294-6700
Facsimile: (212) 294-4700
4 | Email: ecate@winston.com

5 | Attorney for Defendant
NTN Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, | No. 14-CV-00114-BLF-PSG |
| Plaintiff, | **NOTICE OF APPEARANCE BY ELIZABETH A. CATE** |
| v. | |
| JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that Elizabeth A. Cate of Winston & Strawn LLP hereby states her appearance on behalf of Defendant NTN Corporation.

Dated:  July 21, 2014                    Respectfully submitted,

                                              WINSTON & STRAWN LLP


                                        By:  /s/ Elizabeth A. Cate
                                                Elizabeth A. Cate (admitted *pro hac vice*)
                                                Winston & Strawn LLP
                                                200 Park Avenue
                                                New York, NY 10166
                                                Telephone: (212) 294-6700
                                                Facsimile: (212) 294-4700
                                                Email: ecate@winston.com


                                                Attorney for Defendant
                                                NTN Corporation