Jeffrey L. Kessler (admitted *pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

Attorney for Defendants
NTN Corporation and
NTN USA Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>　　　　　　Defendants. | No. 14-CV-00114-BLF-PSG<br><br>**NOTICE OF APPEARANCE BY JEFFREY L. KESSLER** |

NOTICE OF APPEARANCE - Case No. 14-CV-00114- BLF-PSG

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Jeffrey L. Kessler of Winston & Strawn LLP hereby states his appearance on behalf of Defendants NTN Corporation and NTN USA Corporation.

Dated: July 22, 2014                    Respectfully submitted,

                                        WINSTON & STRAWN LLP

                                        By:  /s/ Jeffrey L. Kessler
                                                Jeffrey L. Kessler (admitted *pro hac vice*)
                                                Winston & Strawn LLP
                                                200 Park Avenue
                                                New York, NY 10166
                                                Telephone: (212) 294-6700
                                                Facsimile: (212) 294-4700
                                                Email: jkessler@winston.com

                                                Attorney for Defendants
                                                NTN Corporation and
                                                NTN USA Corporation