Jeremy J. Calsyn (Bar No. 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: 202-974-1522
Fax: 202-974-1999
jcalsyn@cgsh.com

*Attorney for Defendant NSK Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, <br><br> Defendants. | Case No. 5:14-cv-00114-BLF <br><br> **NSK LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

   Pursuant to Fed. R. Civ. P. 7.1, defendant NSK Ltd. declares that no publicly held corporation owns 10% or more of its stock.

1          These representations are made to enable the Court to evaluate possible disqualification or

2    recusal.

3

4    Dated: July 22, 2014          /s/ Jeremy J. Calsyn
                                    Jeremy J. Calsyn (Bar No. 205062)
5                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                    2000 Pennsylvania Avenue, NW
6                                   Washington, DC 20006
                                    Tel.: 202-974-1522
7                                   Fax: 202-974-1999
                                    jcalsyn@cgsh.com
8
                                    Attorney for Defendant NSK Ltd.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                CASE NO. 5:14-CV-00114-BLF
AND CORPORATE DISCLOSURE STATEMENT