| | |
|---|---|
| 1 | HEATHER TEWKSBURY (Bar No. 222202)<br>WILMER CUTLER PICKERING |
| 2 |    HALE AND DORR LLP<br>950 Page Mill Road |
| 3 | Palo Alto, CA 94304<br>Telephone: (650) 858-6134 |
| 4 | Facsimile: (650) 858-6100<br>Email: Heather.Tewksbury@wilmerhale.com |
| 5 | |
| 6 | Attorney for Defendants Schaeffler AG and<br>Schaeffler Group USA Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 5:14-cv-00114-BLF |
| vs. | **NOTICE OF APPEARANCE** |
| JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | |
| Defendants. | |

NOTICE OF APPEARANCE          CASE NO. 14-CV-00114-BLF

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Heather Tewksbury of Wilmer Cutler Pickering Hale and Dorr LLP hereby states her appearance on behalf of Defendants Schaeffler AG and Schaeffler Group USA Inc.

Dated:  July 29, 2014

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Heather Tewksbury

HEATHER TEWKSBURY (Bar No. 222202)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6134
Facsimile: (650) 858-6100
Email: Heather.Tewksbury@wilmerhale.com

Attorney for Defendants Schaeffler AG and Schaeffler Group USA Inc.

**NOTICE OF APPEARANCE**                                         **CASE NO. 14-CV-00114-BLF**

**CERTIFICATE OF SERVICE**

I, HEATHER TEWKSBURY, an attorney, hereby certify that on July 29, 2014, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF HEATHER TEWKSBURY**, to be filed and served electronically via the ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ Heather Tewksbury

HEATHER TEWKSBURY (Bar No. 222202)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6134
Facsimile: (650) 858-6100
Email: Heather.Tewksbury@wilmerhale.com

Attorney for Defendants Schaeffler AG and Schaeffler Group USA Inc.