1  Craig D. Bachman (appearance *pro hac vice*)
   Kenneth R. Davis II (appearance *pro hac vice*)
2  Larry S. Gangnes (appearance *pro hac vice*)
   Darin M. Sands, California State Bar No. 257363
3  LANE POWELL PC
   601 SW Second Avenue, Suite 2100
4  Portland, Oregon 97204-3158
   Telephone:     503.778.2100
5  Facsimile:     503.778.2200
   E-mail:        bachmanc@lanepowell.com
6                 davisk@lanepowell.com
                  gangnesl@lanepowell.com
7                 sandsd@lanepowell.com

8  Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  WILLIAM AVILES HARDWOOD FLOORS,        )  Case No. 5:14-cv-00114-BLF
    individually and on behalf of all others similarly  )
14  situated,                             )  **NOTICE OF APPEARANCE**
                                          )
15                          Plaintiff,    )
                                          )
16          v.                            )
                                          )
17  JTEKT CORPORATION, KOYO               )
    CORPORATION OF U.S.A., NACHI-         )
18  FUJIKOSHI CORP., NACHI AMERICA INC.,  )
    NSK LTD., NSK AMERICAS, INC.,         )
19  SCHAEFFLER AG, SCHAEFFLER GROUP       )
    USA INC., AB SKF, SKF USA, INC., NTN  )
20  CORPORATION, and NTN USA              )
    CORPORATION,                          )
21                                        )
                            Defendants.   )
22                                        )
                                          )
23  _____  )

24

25

26

27

28

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

709760.0020/6080052.1                    NOTICE OF APPEARANCE:  CASE NO. 5:14-CV-00114-BLF

1  TO THE CLERK OF COURT:

2  Please enter the appearance of Larry S. Gangnes of Lane Powell PC on behalf of

3  defendant Nachi-Fujikoshi Corp.

4  DATED:  July 30, 2014

5

6

7  ____s/Larry S. Gangnes_____
   Larry S. Gangnes (appearance *pro hac vice*)
8  LANE POWELL PC
   1420 Fifth Avenue, Suite 4200
9  P.O. Box 91302
   Seattle, WA  98111-9402
10 Telephone:  206.223.7000
   Facsimile:  206.223.7107
11 gangnesl@lanepowell.com

12 Craig D. Bachman (appearance *pro hac vice*)
   Kenneth R. Davis II (appearance *pro hac vice*)
13 Darin M. Sands (Bar No. 257363)
   LANE POWELL PC
14 601 SW Second Avenue, Suite 2100
   Portland, OR  97204-3158
15 Telephone:  503.778.2100
   Facsimile:  503.778.2200
16 sandsd@lanepowell.com

17 Gary L. Halling (Bar No. 66087)
   Michael W. Scarborough (Bar No. 203524)
18 SHEPPARD MULLIN RICHTER & HAMPTON
   Four Embarcadero Center, 17th Floor
19 San Francisco, California  94111
   Telephone:  415.434.9100
20 Facsimile:  415.434.3947
   ghalling@sheppardmullin.com
21 mscarborough@sheppardmullin.com

22
   Attorneys for Defendants Nachi-Fujikoshi Corp. and
23 Nachi America Inc.

24

25

26

27

28

709760.0020/6080052.1                    NOTICE OF APPEARANCE:  CASE NO. 5:14-CV-00114-BLF