Craig D. Bachman (appearance *pro hac vice*)
Kenneth R. Davis II (appearance *pro hac vice*)
Larry S. Gangnes (appearance *pro hac vice*)
Darin M. Sands, California State Bar No. 257363
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:    503.778.2100
Facsimile:     503.778.2200
E-mail:         bachmanc@lanepowell.com
                    davisk@lanepowell.com
                    gangnesl@lanepowell.com
                    sandsd@lanepowell.com

Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>                     Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT:

Please enter the appearance of Craig D. Bachman of Lane Powell PC on behalf of defendant Nachi-Fujikoshi Corp.

DATED: July 30, 2014

   s/Craig D. Bachman
Craig D. Bachman (appearance *pro hac vice*)
Kenneth R. Davis II (appearance *pro hac vice*)
Darin M. Sands (Bar No. 257363)
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200
sandsd@lanepowell.com

Larry S. Gangnes (appearance *pro hac vice*)
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
P.O. Box 91302
Seattle, WA 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107
gangnesl@lanepowell.com

Gary L. Halling (Bar No. 66087)
Michael W. Scarborough (Bar No. 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415.434.9100
Facsimile: 415.434.3947
ghalling@sheppardmullin.com
mscarborough@sheppardmullin.com

Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.