| | |
|---|---|
| 1 | Craig D. Bachman (appearance *pro hac vice*) |
| 2 | Kenneth R. Davis II (appearance *pro hac vice*)<br>Larry S. Gangnes (appearance *pro hac vice*) |
| 3 | Darin M. Sands, California State Bar No. 257363<br>LANE POWELL PC |
| 4 | 601 SW Second Avenue, Suite 2100<br>Portland, Oregon 97204-3158 |
| 5 | Telephone:    503.778.2100<br>Facsimile:     503.778.2200 |
| 6 | E-mail:        bachmanc@lanepowell.com<br>                davisk@lanepowell.com |
| 7 |                 gangnesl@lanepowell.com<br>                sandsd@lanepowell.com |
| 8 | Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 5:14-cv-00114-BLF |
| | ) | **NOTICE OF APPEARANCE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

TO THE CLERK OF COURT:

Please enter the appearance of Darin M. Sands of Lane Powell PC on behalf of defendant Nachi-Fujikoshi Corp.

DATED:  July 30, 2014

  s/Darin M. Sands
Darin M. Sands (Bar No. 257363)
Kenneth R. Davis II (appearance *pro hac vice*)
Craig D. Bachman (appearance *pro hac vice*)
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
sandsd@lanepowell.com

Larry S. Gangnes (appearance *pro hac vice*)
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
P.O. Box 91302
Seattle, WA  98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107
gangnesl@lanepowell.com

Gary L. Halling (Bar No. 66087)
Michael W. Scarborough (Bar No. 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  415.434.9100
Facsimile:  415.434.3947
ghalling@sheppardmullin.com
mscarborough@sheppardmullin.com

Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.