Craig D. Bachman (appearance *pro hac vice*)
Kenneth R. Davis II (appearance *pro hac vice*)
Larry S. Gangnes (appearance *pro hac vice*)
Darin M. Sands, California State Bar No. 257363
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:    503.778.2100
Facsimile:    503.778.2200
E-mail:       bachmanc@lanepowell.com
              davisk@lanepowell.com
              gangnesl@lanepowell.com
              sandsd@lanepowell.com

Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION, <br><br> Defendants. | Case No. 5:14-cv-00114-BLF <br><br> **NOTICE OF APPEARANCE** |

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158

1    TO THE CLERK OF COURT:

2    Please enter the appearance of Kenneth R. Davis II of Lane Powell PC on behalf of

3  defendant Nachi-Fujikoshi Corp.

4    DATED:  July 30, 2014

5

6

7                                           s/Kenneth R. Davis II
                                         Kenneth R. Davis II (appearance *pro hac vice*)
8                                        Craig D. Bachman (appearance *pro hac vice*)
                                         Darin M. Sands (Bar No. 257363)
9                                        LANE POWELL PC
                                         601 SW Second Avenue, Suite 2100
10                                       Portland, OR  97204-3158
                                         Telephone:  503.778.2100
11                                       Facsimile:  503.778.2200
                                         sandsd@lanepowell.com
12
                                         Larry S. Gangnes (appearance *pro hac vice*)
13                                       LANE POWELL PC
                                         1420 Fifth Avenue, Suite 4100
14                                       P.O. Box 91302
                                         Seattle, WA  98101-2338
15                                       Telephone:  206.223.7000
                                         Facsimile:  206.223.7107
16                                       gangnesl@lanepowell.com

17                                       Gary L. Halling (Bar No. 66087)
                                         Michael W. Scarborough (Bar No. 203524)
18                                       SHEPPARD MULLIN RICHTER & HAMPTON
                                         Four Embarcadero Center, 17th Floor
19                                       San Francisco, California  94111
                                         Telephone:  415.434.9100
20                                       Facsimile:  415.434.3947
                                         ghalling@sheppardmullin.com
21                                       mscarborough@sheppardmullin.com

22
                                         Attorneys for Defendants Nachi-Fujikoshi Corp. and
23                                       Nachi America Inc.

24

25

26

27

28

709760.0020/6012534.2                    NOTICE OF APPEARANCE:  CASE NO. 5:14-CV-00114-BLF