Craig D. Bachman (appearance *pro hac vice*)
Kenneth R. Davis II (appearance *pro hac vice*)
Larry S. Gangnes (appearance *pro hac vice*)
Darin M. Sands, California State Bar No. 257363
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:     503.778.2100
Facsimile:      503.778.2200
E-mail:          bachmanc@lanepowell.com
                    davisk@lanepowell.com
                    gangnesl@lanepowell.com
                    sandsd@lanepowell.com

Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>     v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>                                  Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**NACHI-FUJIKOSHI CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Nachi Technology, Inc.: affiliate corporation of Nachi America Inc.

Pursuant to Fed. R. Civ. P. 7.1, defendant Nachi-Fujikoshi Corp. discloses that it has no parent corporation or that any publicly held corporation owns 10 percent or more of its stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  July 30, 2014

   s/Kenneth R. Davis II
_____
Craig D. Bachman (appearance *pro hac vice*)
Kenneth R. Davis II (appearance *pro hac vice*)
Darin M. Sands (Bar No. 257363)
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com

Larry S. Gangnes (appearance *pro hac vice*)
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
PO Box 91302
Seattle, WA  98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107
gangnesl@lanepowell.com

Gary L. Halling (Bar No. 66087)
Michael W. Scarborough (Bar No. 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  415.434.9100
Facsimile:  415.434.3947
ghalling@sheppardmullin.com
mscarborough@sheppardmullin.com

Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc.