Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Aviles Hardwood Floors<br><br>                    Plaintiff(s),<br>v.<br>JTEKT Corporation, et al.<br><br>                    Defendant(s). | Case No: 14CV00114BLF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Nicole Lindquist, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Schaeffler Group USA Inc., Schaeffler AG in the above-entitled action. My local co-counsel in this case is Heather Tewksbury, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1875 Pennsylvania Avenue, N.W.<br>Washington, DC  20006 | 950 Page Mill Road<br>Palo Alto, CA  94304 |
| MY TELEPHONE # OF RECORD:<br>(202) 663-6295 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6134 |
| MY EMAIL ADDRESS OF RECORD:<br>nicole.lindquist@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>heather.tewksbury@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 975593.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  07/23/14                                                                 Nicole Lindquist
                                                                                          APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nicole Lindquist is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 31, 2014

                                                            UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                        October 2012