UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>    Defendants. | Case No. 5:14-cv-00114-BLF<br><br>[PROPOSED] ORDER RE:<br><br>STIPULATED REQUEST TO VACATE STATUS CONFERENCE |

The Court, having considered the Stipulation of the Parties, orders as follows:

The August 7, 2014 Status Conference is vacated and no joint case management statement is required at this time.

**IT IS SO ORDERED**.

Dated: August 1, 2014

                                         HON. BETH LABSON FREEMAN
                                         UNITED STATES DISTRICT JUDGE