1  Shawn M. Raiter (MN #240424, admitted *pro hac vice*)
2  Andrew M. Hart (CA #295048)
   LARSON • KING, LLP
3  2800 Wells Fargo Place
   30 E 7th Street
4  St. Paul, MN  55101
   (651) 312-6500
5  (651) 312-6618 (facsimile)
   sraiter@larsonking.com
6  ahart@larsonking.com

7  *Attorneys for Plaintiff*

8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN JOSE DIVISION**
10

11  WILLIAM AVILES HARDWOOD FLOORS, )
    individually and on behalf of all others similarly )
12  situated, )
    )
13  Plaintiff, )
    )
14  )
        v. )
15  ) Case No. 5:14-cv-00114-BLF
    JTEKT CORPORATION, KOYO )
16  CORPORATION OF U.S.A., NACHI- ) **NOTICE OF APPEARANCE**
    FUJIKOSHI CORP., NACHI AMERICA INC., )
17  NSK LTD., NSK AMERICAS, INC., )
    SCHAEFFLER AG, SCHAEFFLER GROUP )
18  USA INC., AB SKF, SKF USA, INC., NTN )
    CORPORATION, and NTN USA )
19  CORPORATION, )
    )
20  )
    Defendants. )
21  )

22
            TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
23
            PLEASE TAKE NOTICE that Shawn M. Raiter of Larson • King, LLP hereby states his
24
    appearance on behalf of Plaintiff.
25

26

27

28

**NOTICE OF APPEARANCE**          1          Case No. 5:14-cv-00114-BLF

1 | Dated: August 12, 2014      Respectfully submitted,

                                         *s/Shawn M. Raiter*
Shawn M. Raiter (MN #240424, admitted *pro hac vice*)
Andrew M. Hart (CA #295048)
LARSON • KING, LLP
2800 Wells Fargo Place
30 E 7th Street
St. Paul, MN  55101
(651) 312-6500
(651) 312-6618 (facsimile)
sraiter@larsonking.com
ahart@larsonking.com

*Attorneys for Plaintiff*

---

**NOTICE OF APPEARANCE**        2        Case No. 5:14-cv-00114-BLF