Shawn M. Raiter (MN #240424, admitted *pro hac vice*)
Andrew M. Hart (CA #295048)
LARSON • KING, LLP
2800 Wells Fargo Place
30 E 7th Street
St. Paul, MN  55101
(651) 312-6500
(651) 312-6618 (facsimile)
sraiter@larsonking.com
ahart@larsonking.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. 5:14-cv-00114-BLF<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Andrew M. Hart of Larson • King, LLP hereby states his appearance on behalf of Plaintiff.

---

**NOTICE OF APPEARANCE**         1         Case No. 5:14-cv-00114-BLF

| | |
|---|---|
| 1 | Dated: August 12, 2014          Respectfully submitted, |

                                           *s/Andrew M. Hart*
                             Shawn M. Raiter (MN #240424, admitted *pro hac vice*)
                             Andrew M. Hart (CA #295048)
                             LARSON • KING, LLP
                             2800 Wells Fargo Place
                             30 E 7th Street
                             St. Paul, MN  55101
                             (651) 312-6500
                             (651) 312-6618 (facsimile)
                             sraiter@larsonking.com
                             ahart@larsonking.com

                             *Attorneys for Plaintiff*