1  Ben F. Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
2  1871 The Alameda, Suite 425
   San Jose, CA 95126
3  Telephone: (408) 429-6506
   Fax: (408) 369-0752
4  pgore@prattattorneys.com

5  *Attorneys for Plaintiff*

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                         SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM AVILES HARDWOOD FLOORS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA, INC., NTN CORPORATION, and NTN USA CORPORATION,<br><br>Defendants. | Case No. CV14-00114 BLF<br><br>**NOTICE OF DISMISSAL** |

   PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice.

Dated: August 29, 2014          /s/ Pierce Gore

                                Ben F. Pierce Gore (SBN 128515)
                                PRATT & ASSOCIATES
                                1871 The Alameda, Suite 425
                                San Jose, CA 95126
                                Telephone: (408) 429-6506
                                pgore@prattattorneys.com

                                Attorneys for Plaintiff

NOTICE OF DISMISSAL
CASE NO: CV14-00114 BLF

**CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on August 29, 2014 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6, by use of the Court's ECF system.

                                                */s/ Pierce Gore*  
                                                BEN F. PIERCE GORE

NOTICE OF DISMISSAL  
CASE NO: CV14-00114 BLF                                                                       2